# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Baker, Mary Gordon | U.S. District Court, District of South Carolina | 05/15/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Full time United States Magistrate Judge | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>**5b.** ☐ Amended Report | 1/1/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

85 Broad Street (29401)
P.O. Box 835
Charleston
South Carolina 29402

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Baker, Mary Gordon** | 05/15/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2020 | Bank of America/Retirement pension |
| 2. | 2020 | Self-employed loan/banking consultant |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baker, Mary Gordon | 05/15/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Regionsbank | Mortgage on Rental Property #1, Mount Pleasant, SC Charleston County (Pt VII, line 1) | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Baker, Mary Gordon** | 05/15/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property #1, Mt. Pleasant,SC, Charleston County, SC | E | Rent | M | W | | | | | |
| 2. Brokerage #1 H | | | | | | | | | |
| 3. AT&T Common Stock | D | Dividend | M | T | | | | | |
| 4. Bank of America Corp. Common Stock | A | Dividend | J | T | | | | | |
| 5. IRA Bank of America Corp. Common Stock | A | Dividend | K | T | | | | | |
| 6. BP PLC common stock | A | Dividend | J | T | | | | | |
| 7. IRA BP PLC Common Stock | A | Dividend | J | T | | | | | |
| 8. BB&T Common Stock n/k/a Truist | B | Dividend | K | T | | | | | |
| 9. IRA BB&T Corp. Common Stock n/k/a Truist | A | Dividend | K | T | | | | | |
| 10. IRA Dominion Energy common stock | A | Dividend | J | T | | | | | |
| 11. Duke Energy Corp. Common Stock | C | Dividend | M | T | | | | | |
| 12. IRA Duke Energy Corp. Common Stock | A | Dividend | K | T | | | | | |
| 13. Enbridge Inc. common stock (X) | B | Dividend | K | T | | | | | |
| 14. Frontier Communications Common Stock | A | Dividend | J | T | | | | | |
| 15. Regions Financial Corp Common Stock | A | Dividend | J | T | | | | | |
| 16. IRA Regions Financial Corp. Common Stock | C | Int./Div. | L | T | | | | | |
| 17. Verizon Communications Common Stock | C | Dividend | L | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Baker, Mary Gordon** | 05/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. IRA Verizon common stock | A | Dividend | J | T | | | | | |
| 19. Blackrock Muniassets Fund (Y) | | | | | | | | | |
| 20. IRA Blackrock Muniassets Fund, n/k/a Blackrock Basic Value Inst.CL (Y) | | | | | | | | | |
| 21. IRA General Electric Common Stock | A | Dividend | J | T | | | | | |
| 22. IRA General Mills Common Stock | A | Dividend | J | T | | | | | |
| 23. IRA General Motors Common Stock | A | Dividend | J | T | | | | | |
| 24. IRA Glaxosmithkline Common Stock | A | Dividend | J | T | | | | | |
| 25. IRA IBM Common Stock | A | Dividend | J | T | | | | | |
| 26. IRA Johnson and Johnson Common Stock | A | Dividend | K | T | | | | | |
| 27. IRA JP Morgan Chase Common Stock | A | Dividend | J | T | | | | | |
| 28. IRA PPL Corp. Common Stock | A | Dividend | J | T | | | | | |
| 29. IRA Procter & Gamble Co. Common Stock | A | Dividend | J | T | | | | | |
| 30. IRA Wells Fargo Common Stock | A | Dividend | J | T | | | | | |
| 31. IRA Kayne Anderson MLP | A | Dividend | J | T | | | | | |
| 32. IRA Virtus Small Cap Fund | A | Dividend | L | T | | | | | |
| 33. IRA Virtus KAR Capital Growth CL | A | Dividend | J | T | | | | | |
| 34. Brokerage #2 H | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Baker, Mary Gordon** | 05/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. First Horizon Nat'l. Corp. common stock | A | Dividend | J | T | | | | | |
| 36. SouthState Bank common stock | A | Dividend | J | T | | | | | |
| 37. Regions Financial Corp. Common Stock | A | Dividend | K | T | | | | | |
| 38. Pinnacle Bank common stock | A | Dividend | K | T | | | | | |
| 39. Brokerage #3 H | | | | | | | | | |
| 40. Invesco QQQ ETF | A | Dividend | | | Sold | 03/18/20 | K | A | |
| 41. AMG Managers Bond Service | A | Dividend | | | Sold | 03/18/20 | J | A | |
| 42. Chevron common stock | A | Dividend | | | Sold | 03/18/20 | J | A | |
| 43. Exxon Mobil common stock | A | Dividend | | | Sold | 03/18/20 | J | A | |
| 44. Franklin Income Advisor | B | Dividend | | | Sold | 03/18/20 | K | A | |
| 45. Granite Point Mortgage | A | Dividend | | | Sold | 03/18/20 | J | A | |
| 46. JP Morgan Mid Cap Value Fund | A | Dividend | | | Sold | 03/18/20 | J | A | |
| 47. Oppenheimer Main St Mid Cap Fund | A | Dividend | | | Sold | 03/18/20 | J | A | |
| 48. Oppenheimer Rochester High Yield Mun CL | A | Dividend | | | Sold | 03/18/20 | J | A | |
| 49. SPDR Euro Stoxx | A | Dividend | J | T | | | | | |
| 50. Two Harbors Inv. Corp. | A | Dividend | | | Sold | 03/18/20 | J | A | |
| 51. Brokerage #4 H | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Baker, Mary Gordon** | 05/15/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.   IRA Two Harbors Invt Corp | A | Dividend | J | T | | | | | |
| 53.   IRA Granite Point Mortgage | A | Dividend | J | T | | | | | |
| 54.   IRA Oppenheimer Steelpath MLL | A | Dividend | J | T | | | | | |
| 55.   Brokerage #5 H | | | | | | | | | |
| 56.   IRA AT&T common stock | A | Dividend | | | Sold | 03/12/20 | J | A | |
| 57.   IRA BP PLC | B | Dividend | | | Sold | 03/12/20 | J | A | |
| 58.   IRA Facebook common stock | A | Dividend | | | Sold | 03/12/20 | K | D | |
| 59.   IRA Granite Point Mortgage | A | Dividend | | | Sold | 03/12/20 | J | A | |
| 60.   IRA Royal Dutch Shell Common Stock | B | Dividend | | | Sold | 03/12/20 | J | A | |
| 61.   IRA Two Harbors Invt Corp common stock | A | Dividend | | | Sold | 03/12/20 | J | A | |
| 62.   IRA SPDR Euro Stoxx 50 ETF | A | Dividend | | | Sold | 03/12/20 | K | A | |
| 63.   IRA SPDR S&P Regional Banking ETF | A | Dividend | | | Sold | 03/12/20 | J | A | |
| 64.   IRA AB Small Cap Growth Fund | A | Dividend | | | Sold | 03/12/20 | J | A | |
| 65.   IRA Diamond Hill Small Cap | A | Dividend | | | Sold | 03/12/20 | J | A | |
| 66.   IRA Federated Kaufmann Large Cap Fund | A | Dividend | | | Sold | 03/12/20 | K | D | |
| 67.   IRA Franklin Income Advisor CL Fund | E | Dividend | | | Sold | 03/12/20 | N | A | |
| 68.   IRA John Hancock Disciplined Val Mid Cap Fund | A | Dividend | | | Sold | 03/12/20 | J | A | |

| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Baker, Mary Gordon** | 05/15/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  IRA MFS Intl Value Fund | A | Dividend | | | Sold | 03/12/20 | J | A | |
| 70.  IRA James Alpha Global Real Estate Investments | A | Dividend | | | Sold | 03/12/20 | K | A | |
| 71.  IRA Oppenheimer Steelpath MLP Income Fund | B | Dividend | | | Sold | 03/17/20 | J | A | |
| 72.  IRA AIG Focused Dividend Strategy | A | Dividend | | | Sold | 03/12/20 | K | A | |
| 73.  IRA Templeton Emerging Mkts Small Cap Fund | A | Dividend | | | Sold | 03/12/20 | J | A | |
| 74.  IRA Templeton Global Bond Fund | A | Dividend | | | Sold | 03/12/20 | J | A | |
| 75.  IRA Touchstone Ultra Short Fund | A | Dividend | | | Sold | 03/12/20 | K | A | |
| 76.  IRA Vanguard Prime Money Mkt. Admiral CL | B | Dividend | | | Sold | 03/12/20 | L | A | |
| 77.  IRA Ishares S&P 500 Growth ETF | A | Dividend | K | T | Buy | 03/12/20 | K | | |
| 78.  IRA Ishares S&P 500 Value ETF | C | Dividend | M | T | Buy | 03/12/20 | J | | |
| 79.  IRA Ishares S&P Small Cap 600 Value ETF | A | Dividend | J | T | Buy | 03/12/20 | J | | |
| 80.  IRA Ishares Core MSCI EAFE ETF | B | Dividend | K | T | Buy | 03/12/20 | K | | |
| 81.  IRA Ishares Core MSCI EAFE ETF | A | Dividend | J | T | Buy (add'l) | 08/25/20 | J | | |
| 82.  IRA Vanguard Mid Cap Value ETF | A | Dividend | K | T | Buy | 03/12/20 | K | | |
| 83.  IRAVanguard Mid Cap Value ETF | A | Dividend | J | T | Buy (add'l) | 08/25/20 | J | | |
| 84.  IRA Vanguard Mid Cap Growth ETF | A | Dividend | K | T | Buy | 03/12/20 | J | | |
| 85.  IRA PIMCO 1-5 Yr U S Tips Index ETF | A | Dividend | K | T | Buy | 03/12/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **Baker, Mary Gordon** | 05/15/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.  IRA PIMCO 1-5 Yr U S Tips Index ETF | A | Dividend | J | T | Buy<br>(add'l) | 08/25/20 | J | | |
| 87.  IRA Invesco Intl Growth CL Y | A | Dividend | L | T | Buy | 03/12/20 | K | | |
| 88.  IRA Invesco Intl Growth CL Y | A | Dividend | L | T | Buy<br>(add'l) | 08/25/20 | L | | |
| 89.  IRA Davis Global CL Y | A | Dividend | K | T | Buy | 03/12/20 | K | | |
| 90.  IRA Dodge & Cox Income | C | Dividend | L | T | Buy | 03/12/20 | L | | |
| 91.  IRA Dodge & Cox Income | A | Dividend | J | T | Buy<br>(add'l) | 08/25/20 | J | | |
| 92.  IRA Eaton Vance Short Duration Strategic<br>Income CL I | B | Dividend | K | T | Buy | 03/12/20 | K | | |
| 93.  IRA Eaton Vance Short Duration Strategic<br>Income CL I | B | Dividend | K | T | Buy<br>(add'l) | 04/13/20 | K | | |
| 94.  IRA Eaton Vance Short Duration Strategic<br>Income CL I | A | Dividend | J | T | Buy<br>(add'l) | 08/25/20 | J | | |
| 95.  IRA First Eagle Global CL I | A | Dividend | K | T | Buy | 03/12/20 | K | | |
| 96.  IRA First Eagle Global CL I | A | Dividend | J | T | Buy<br>(add'l) | 08/25/20 | J | | |
| 97.  IRA Goldman Sachs Emerging Mkts Equity<br>Instl CL | A | Dividend | K | T | Buy | 03/12/20 | K | | |
| 98.  IRA Goldman Sachs Absolute Return<br>Tracker CL I | A | Dividend | K | T | Buy | 03/12/20 | J | | |
| 99.  IRA Goldman Sachs Absolute Return<br>Tracker CL I | A | Dividend | J | T | Buy<br>(add'l) | 04/13/20 | J | | |
| 100.  IRA Goldman Sachs Absolute Return<br>Tracker CL I | A | Dividend | J | T | Buy<br>(add'l) | 08/25/20 | J | | |
| 101.  IRA Principal Global Multi Strategy Inst CL | A | Dividend | K | T | Buy | 03/12/20 | K | | |
| 102.  IRA Principal Global Multi Strategy Inst CL | A | Dividend | J | T | Buy<br>(add'l) | 04/13/20 | J | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **Baker, Mary Gordon** | 05/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. IRA Principal Global Multi Strategy Inst CL | A | Dividend | J | T | Buy (add'l) | 08/25/20 | J | | |
| 104. IRA T Rowe Price Blue Chip Growth Investor CL | A | Dividend | L | T | Buy | 03/12/20 | K | | |
| 105. IRA T Rowe Price Blue Chip Growth Investor CL | A | Dividend | J | T | Buy (add'l) | 08/25/20 | J | | |
| 106. IRA Touchstone Mid Cap Growth CL Y | A | Dividend | J | T | Buy | 03/12/20 | J | | |
| 107. IRA Virtus KAR Small Cap Growth CL | A | Dividend | J | T | Buy | 03/12/20 | J | | |
| 108. Brokerage #6 H | | | | | | | | | |
| 109. IRA Altria Group Inc. | A | Dividend | J | T | | | | | |
| 110. IRA Coca Cola Co. | A | Dividend | J | T | | | | | |
| 111. IRA Pinnacle Bank common stock | A | Dividend | K | T | | | | | |
| 112. IRA Exxon Mobil Corp. Common Stock | A | Dividend | J | T | | | | | |
| 113. IRA Ford Motor Co. New | A | Dividend | J | T | | | | | |
| 114. IRA Granite Point Mortgage common stock | A | Dividend | J | T | | | | | |
| 115. IRA Regions Financial Corp. Common Stock (Y) | | | | | | | | | |
| 116. IRA Royal Dutch Shell PLC | A | Dividend | J | T | | | | | |
| 117. IRA Snap common stock | A | Dividend | J | T | | | | | |
| 118. IRA Southern Company | A | Dividend | J | T | | | | | |
| 119. IRA ISHARES MSCI | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Baker, Mary Gordon** | 05/15/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.  IRA SPDR EURO STOXX 50 ETF | A | Dividend | J | T | | | | | |
| 121.  IRA SPDR S&P Intl. | A | Dividend | J | T | | | | | |
| 122.  IRA Two Harbors Invt Corp Common Stock | A | Dividend | J | T | | | | | |
| 123.  IRA Columbia Global Equity Value Mutual Fund | A | Dividend | K | T | | | | | |
| 124.  IRA FMI Int'l Instl CL | A | Dividend | J | T | | | | | |
| 125.  IRA Franklin Income Advisor Mutual Fund | C | Dividend | L | T | | | | | |
| 126.  IRA Growth Fund of America Mutual Fund | A | Dividend | K | T | | | | | |
| 127.  IRA Hartford Cap Appreciation Mutual Fund | A | Dividend | J | T | | | | | |
| 128.  IRA Janus Henderson Intl Opptys Mutual Fund | A | Dividend | J | T | | | | | |
| 129.  IRA Ivy Small Cap Value Mutual Fund | A | Dividend | J | T | | | | | |
| 130.  IRA Pimco Total Return Mutual Fund | A | Dividend | J | T | | | | | |
| 131.  IRA Principal Midcap CL P | A | Dividend | J | T | | | | | |
| 132.  IRA Oppenheimer Steelpath MLP Alpha Mutual Fund | A | Dividend | J | T | | | | | |
| 133.  IRA Templeton Global Bond Fund (Mutual Fund) | A | Dividend | J | T | | | | | |
| 134.  IRA Washington Mutual Investors Fund | A | Dividend | K | T | | | | | |
| 135.  IRA Vanguard Prime Money Mkt. Admiral CL | B | Dividend | L | T | | | | | |
| 136.  Brokerage #7 H | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Baker, Mary Gordon** | 05/15/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137.  Pinnacle Bank common stock | A | Dividend | K | T | | | | | |
| 138.  Hartford Dividend and Growth CL | C | Dividend | K | T | | | | | |
| 139.  Hartford Balanced Income LC | B | Dividend | K | T | | | | | |
| 140.  Lord Abbett Convertible CL | B | Dividend | L | T | | | | | |
| 141.  Blackrock Total Return Instl. CL | A | Dividend | J | T | | | | | |
| 142.  Fidelity Advisor Intl Cap Apprec. CL I (Y) | | | | | | | | | |
| 143.  First Eagle Global CL I | A | Dividend | K | T | | | | | |
| 144.  Jensen Quality Growth CL J | A | Dividend | L | T | | | | | |
| 145.  Lord Abbett Short Duration Income CL F | A | Dividend | J | T | | | | | |
| 146.  Parnassus Core Equity Investor CL | A | Dividend | K | T | | | | | |
| 147.  Brokerage 8H | | | | | | | | | |
| 148.  IRA JPMorgan Chase Common Stock | A | Dividend | J | T | | | | | |
| 149.  IRA I Shares US Energy ETF Common Stock | A | Dividend | J | T | | | | | |
| 150.  Brokerage #9 H | | | | | | | | | |
| 151.  IRA First Eagle Global Fund Class I | A | Dividend | K | T | | | | | |
| 152.  IRA Jensen Quality Growth Fund Class J | A | Dividend | L | T | | | | | |
| 153.  IRA Blackrock Total Return Instl. CL | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Baker, Mary Gordon** | 05/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. IRA Goldman Sachs Inflation Protected Securities CL | A | Dividend | J | T | Buy | 02/10/20 | J | | |
| 155. IRA Lord Abbett Short Duration Income CL F | A | Dividend | J | T | | | | | |
| 156. IRA Parnassus Core Equity Investor CL fund | A | Dividend | K | T | | | | | |
| 157. Equity Compass Managed Account | | | | | | | | | |
| 158. Aarons Inc. common stock | A | Dividend | | | Sold | 12/15/20 | J | A | |
| 159. Abbvie Inc. common stock | A | Dividend | | | Sold | 02/14/20 | J | A | |
| 160. Allstate Corp. common stock | A | Dividend | J | T | | | | | |
| 161. Analog Devices Inc. common stock | A | Dividend | J | T | Buy | 09/17/20 | J | | |
| 162. Anthem, Inc.cmn | A | Dividend | J | T | Buy | 03/18/20 | J | | |
| 163. Applied Materials cmn | A | Dividend | J | T | Buy | 05/19/20 | J | | |
| 164. Apple Inc. common stock | A | Dividend | J | T | Buy | 03/18/20 | J | | |
| 165. Becton Dickinson & Co. common stock | A | Dividend | | | Sold | 01/17/20 | J | A | |
| 166. Bristol Myers Squibb common stock | A | Dividend | J | T | | | | | |
| 167. Cisco Systems, Inc. common stock | A | Dividend | J | T | | | | | |
| 168. Citrix Systems Inc. common stock | A | Dividend | J | T | Buy | 11/18/20 | J | | |
| 169. Constellation Brands Inc. CL common stock | A | Dividend | J | T | | | | | |
| 170. DXC Technology Co. common stock | A | Dividend | | | Sold | 03/18/20 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Baker, Mary Gordon** | 05/15/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Diamondback Energy Inc. common stock | A | Dividend | | | Sold | 03/13/20 | J | A | |
| 172. Dominion Energy Inc. common stock | A | Dividend | | | Sold | 08/19/20 | J | A | |
| 173. EOG Resources Inc. common stock | A | Dividend | J | T | | | | | |
| 174. E*Trade Financial Corp. common stock | A | Dividend | J | T | | | | | |
| 175. East West Bancorp Inc. common stock | A | Dividend | | | Sold | 05/19/20 | J | A | |
| 176. Expedia Group Inc. common stock | A | Dividend | | | Sold | 06/19/20 | J | A | |
| 177. Fox Corp. CL A | A | Dividend | J | T | Buy | 05/19/20 | J | | |
| 178. General Dynamics Corp. common stock | A | Dividend | J | T | | | | | |
| 179. Humana Inc. common stock | A | Dividend | | | Sold | 01/17/20 | J | A | |
| 180. Interpublic Group Company Inc. | A | Dividend | J | T | | | | | |
| 181. JP Morgan Chase & Co. common stock | A | Dividend | J | T | | | | | |
| 182. Kroger Co. common stock | A | Dividend | J | T | | | | | |
| 183. L3Harris Technologies Inc. common stock | A | Dividend | J | T | Buy | 06/19/20 | J | | |
| 184. Lincoln Electric Holdings Inc. common stock | A | Dividend | | | Sold | 06/22/20 | J | A | |
| 185. Maximus Inc. common stock | A | Dividend | | | Sold | 08/19/20 | J | A | |
| 186. Merck & Co. Inc. common stock | A | Dividend | J | T | Buy | 01/17/20 | J | | |
| 187. Microsoft Corp common stock | A | Dividend | J | T | Buy | 03/18/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Baker, Mary Gordon** | 05/15/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Morgan Stanley | A | Dividend | J | T | Buy | 01/17/20 | J | | |
| 189. Netapp Inc. common stock | A | Dividend | | | Sold | 09/17/20 | J | A | |
| 190. Norfolk Southern Corp. common stock | A | Dividend | | | Sold | 11/18/20 | J | A | |
| 191. Oreilly Automotive Inc. common stock | A | Dividend | J | T | Buy | 11/18/20 | J | | |
| 192. Prog Hldgs Inc. common stock | A | Dividend | J | T | Buy | 01/17/20 | J | | |
| 193. Quest Diagnostics Inc. common stock | A | Dividend | J | T | Buy | 09/17/20 | J | | |
| 194. Sempra Energy common stock | A | Dividend | J | T | Buy | 08/19/20 | J | | |
| 195. Simon Property Group Inc New common stock | A | Dividend | J | T | Buy | 02/14/20 | J | | |
| 196. Ralph Lauren Corp. common stock | A | Dividend | | | Sold | 05/19/20 | J | A | |
| 197. SS&C Technologies Holdings Inc. common stock | A | Dividend | | | Sold | 11/18/20 | J | A | |
| 198. TCF Financial Corp. New common stock | A | Dividend | | | Sold | 02/14/20 | J | A | |
| 199. United Health Group, Inc. common stock | A | Dividend | | | Sold | 09/17/20 | J | A | |
| 200. Verizon Communications Inc. common stock | A | Dividend | J | T | | | | | |
| 201. VF Corp common stock | A | Dividend | J | T | Buy | 02/14/20 | J | | |
| 202. Lyondellbasell Industries NV ORD SHS common stock | A | Dividend | J | T | | | | | |
| 203. Royal Caribbean Cruises Limited common stock | A | Dividend | | | Sold | 03/13/20 | J | A | |
| 204. Werner Enterprises Inc common stock | A | Dividend | J | T | Buy | 11/18/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **Baker, Mary Gordon** | 05/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Amdocs Ltd | A | Dividend | J | T | Buy | 08/19/20 | J | | |
| 206. Brokerage # 10H | | | | | | | | | |
| 207. Ishares S&P 500 Growth ETF | A | Dividend | J | T | Buy | 03/19/20 | J | | |
| 208. Ishares S&P 500 Growth ETF | A | Dividend | J | T | Buy (add'l) | 08/25/20 | J | | |
| 209. Ishares S&P 500 Value ETF | A | Dividend | J | T | Buy | 03/19/20 | J | | |
| 210. Ishares S&P Small Cap 600 Value ETF | A | Dividend | J | T | Buy | 03/19/20 | J | | |
| 211. Ishares Core MSCI EAFE ETF | A | Dividend | J | T | Buy | 03/19/20 | J | | |
| 212. Ishares Core MSCI EAFE ETF | A | Dividend | J | T | Buy (add'l) | 08/25/20 | J | | |
| 213. Vanguard Mid Cap Value ETF | A | Dividend | J | T | Buy | 03/19/20 | J | | |
| 214. Vanguard Mid Cap Growth ETF | A | Dividend | J | T | Buy | 03/19/20 | J | | |
| 215. Pimco 1-5 YR U S Tips Index ETF | A | Dividend | J | T | Buy | 03/19/20 | J | | |
| 216. Pimco 1-5 YR U S Tips Index ETF | A | Dividend | J | T | Buy (add'l) | 04/13/20 | J | | |
| 217. Pimco 1-5 YR U S Tips Index ETF | A | Dividend | J | T | Buy (add'l) | 08/25/20 | J | | |
| 218. Invesco Intl Growth CL Y | A | Dividend | J | T | Buy | 03/19/20 | J | | |
| 219. Invesco Intl Growth CL Y | A | Dividend | J | T | Buy (add'l) | 08/25/20 | J | | |
| 220. Davis Global CL Y | A | Dividend | J | T | Buy | 03/19/20 | J | | |
| 221. Dodge & Cox Income | A | Dividend | K | T | Buy | 03/19/20 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Baker, Mary Gordon** | 05/15/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222. Dodge & Cox Income | A | Dividend | J | T | Buy (add'l) | 04/13/20 | J | | |
| 223. Dodge & Cox Income | A | Dividend | J | T | Buy (add'l) | 08/25/20 | J | | |
| 224. Eaton Vance Short Duration Strategic Income CL I | A | Dividend | J | T | Buy | 03/19/20 | J | | |
| 225. Eaton Vance Short Duration Strategic Income CL I | A | Dividend | J | T | Buy (add'l) | 04/13/20 | J | | |
| 226. Eaton Vance Short Duration Strategic Income CL I | A | Dividend | J | T | Buy (add'l) | 08/25/20 | J | | |
| 227. Vanguard Mid Cap Growth ETF | A | Dividend | J | T | Buy | 03/19/20 | J | | |
| 228. First Eagle Global CL I | A | Dividend | J | T | Buy | 03/19/20 | J | | |
| 229. Goldman Sachs Emerging Markets Equity Instl CL | A | Dividend | J | T | Buy | 03/19/20 | J | | |
| 230. Goldman Sachs Absolute Return Tracker CL I | A | Dividend | J | T | Buy | 03/19/20 | J | | |
| 231. Goldman Sachs Absolute Return Tracker CL I | A | Dividend | J | T | Buy (add'l) | 04/13/20 | J | | |
| 232. Goldman Sachs Absolute Return Tracker CL I | A | Dividend | J | T | Buy (add'l) | 08/25/20 | J | | |
| 233. Principal Global Multi Strategy Instl. CL | A | Dividend | J | T | Buy | 03/19/20 | J | | |
| 234. Principal Global Multi Strategy Instl. CL | A | Dividend | J | T | Buy (add'l) | 04/13/20 | J | | |
| 235. Principal Global Multi Strategy Inst. CL | A | Dividend | J | T | Buy (add'l) | 08/25/20 | J | | |
| 236. T Rowe Price Blue Chip Growth Investor CL | A | Dividend | J | T | Buy | 03/19/20 | J | | |
| 237. Virtus KAR Small Cap Growth CL I | A | Dividend | J | T | Buy | 03/19/20 | J | | |
| 238. Albemarle Supper Club LLC, Charleston, SC Charleston County | A | Rent | J | W | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Baker, Mary Gordon** | 05/15/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Stifel Nicholaus & Co. 68 Insured Bank Deposit 8 cash-equivalent | B | Dividend | M | T | | | | | |
| 240. MefLife $ Market Account | A | Interest | K | T | | | | | |
| 241. Pinnacle accounts | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Baker, Mary Gordon** | 05/15/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mary Gordon Baker**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544